## Commonwealth ex rel. Nolden, Appellant, *v.* Myers.

Submitted March 14, 1966. *Russell C. Nolden*, appellant, in propria persona; *John T. Miller*, First Assistant District Attorney, and *John F. Rauhauser, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Presbery, Appellant, *v.* Cavell.

Submitted March 21, 1966. *Stephen Presbery*, appellant, in propria persona; *Leslie J. Carson* and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Rector, Appellant, *v.* Rundle.

Submitted March 14, 1966. *Robert Rector*, appellant, in propria persona; *Frank P. Lawley, Jr.*, Deputy Attorney General, and *Walter E. Alessandroni*, Attorney General, for appellee.

Order affirmed.